IN the INTEREST OF: N.A.N., a Minor

1841 EDA 2016

Superior Court of Pennsylvania.

03/10/2017

CP–51–AP–0000316–2015 (Philadelphia)

Affirmed

IN the INTEREST OF: J.A.N., a Minor

1844 EDA 2016

Superior Court of Pennsylvania.

03/10/2017

CP–51–AP–0000317–2015 (Philadelphia)

Affirmed

IN the INTEREST OF: J.J.N., a Minor

1845 EDA 2016

Superior Court of Pennsylvania.

03/10/2017

CP–51–AP–0000318–2015 (Philadelphia)

Affirmed

IN the INTEREST OF: A.B.N., a Minor

1846 EDA 2016

Superior Court of Pennsylvania.

03/10/2017

CP–51–AP–0000319–2015 (Philadelphia)

Affirmed

COM.

v.

GARRETT, I.

154 MDA 2016

Superior Court of Pennsylvania.

03/10/2017

CP–40–CR–0000761–2011 (Luzerne)

Affirmed

COM.

v.

MAYS, D.

495 MDA 2016

Superior Court of Pennsylvania.

03/10/2017

CP–41–CR–0000156–2015
(Lycoming)

Affirmed